■ CONSTANTE BALDUZZI, Respondent, v. ALLIED CHEMICAL & DYE CORPORATION, Appellant.— Same decision and like cause of action as in companion case of *McKenna* v. *Allied Chem. & Dye Corp.* (8 A D 2d 463).